IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OGLALA SIOUX TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CV3027 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| JASON SCHWARTING, Licensee of Arrowhead Inn, Inc., et. al., | ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED:

The motion to withdraw filed by Edward G. Warin, Paul R. Gwilt and Kutak Rock LLP (collectively "Kutak Rock") as counsel of record on behalf of Defendant, Pivo, Inc. d/b/a High Plains Budweiser ("Pivo, Inc."), (filing no. 80), is granted

DATED this 8th day of March, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge