IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OGLALA SIOUX TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CV3027 |
| | ) | |
| v. | ) | |
| | ) | |
| JASON SCHWARTING, Licensee of Arrowhead Inn, Inc., JASON SCHWARTING, SANFORD HOLDINGS, LLC, Licensee of D & S Pioneer Service, SANFORD HOLDINGS, LLC, STUART J. KOZAL, Licensee of Jumping Eagle Inn, STUART J. KOZAL, CLAY M. BREHMER, CLAY M. BREHMER, Partner, Licensee of State Line Liquor, DANIEL J. BREHMER, DANIEL J. BREHMER, Partner, Licensee of State Line Liquor, PIVO, INC., DIETRICH DISTRIBUTING CO., INC., ARROWHEAD DISTRIBUTING, INC., COORS DISTRIBUTING OF WEST NEBRASKA INC., ANHEUSER BUSCH INBEV WORLDWIDE, INC., SAB MILLER, MOLSON COORS BREWING COMPANY, MILLERCOORS, LLC, and PABST BREWING COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

The motion to withdraw filed by Kurt Dam Arganbright of Arganbright Law Office, L.L.C. as counsel of record on behalf of Defendant Sanford Holdings, L.L.C., Licensee of D & S Pioneer Service, and Sandford Holdings, L.L.C., (filing no. 104), is granted.

DATED this 22nd day of March, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge