IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OGLALA SIOUX TRIBE, <br><br> Plaintiff, <br><br> vs. <br><br> JASON SCHWARTING, LICENSEE OF ARROWHEAD INN, INC.; JASON SCHWARTING D/B/A ARROWHEAD INN, INC.; SANFORD HOLDINGS, LLC, LICENSEE OF D & S PIONEER SERVICE; SANFORD HOLDINGS, LLC D/B/A D & S PIONEER SERVICE; STUART J. KOZAL, LICENSEE OF JUMPING EAGLE INN; STUART J. KOZAL D/B/A JUMPING EAGLE INN; CLAY M. BREHMER, PARTNER, LICENSEE OF STATE LINE LIQUOR; CLAY M. BREHMER, PARTNER D/B/A STATE LINE LIQUOR; DANIEL J. BREHMER, PARTNER, LICENSEE OF STATE LINE LIQUOR; DANIEL J. BREHMER, PARTNER D/B/A STATE LINE LIQUOR; PIVO, INC. D/B/A HIGH PLAINS BUDWEISER; DIETRICH DISTRIBUTING CO., INC.; ARROWHEAD DISTRIBUTING, INC.; COORS DISTRIBUTING OF WEST NEBRASKA, INC.; D/B/A COORS OF WEST NEBRASKA; ANHEUSER BUSCH INBEV WORLDWIDE, INC.; SAB MILLER D/B/A MILLER BREWING COMPANY; MOLSON COORS BREWING COMPANY; MILLERCOORS, LLC.; PABST BREWING COMPANY, <br><br> Defendants. | CASE NO: 4:12-cv-03027 <br><br> **ORDER** |

    THIS MATTER coming before the Court on the Plaintiff's Amended Motion to Dismiss Certain Parties without Prejudice (Filing No. 102) requesting the Court for an Order granting Plaintiff's Amended Motion to Dismiss Certain Parties Without Prejudice only the following Defendants:

  (a)  Molson Coors Brewing Company;

  (b)  The non-existent entity named in the caption as "SABMILLER dba MILLER BREWING COMPANY,"

  ( c)  SABMiller plc, which filed a protective motion for an extension without waiving its defenses; and

  (d)  Miller Brewing Company, which filed a protective motion for an extension without waiving its defenses.

and the Court finds that, for good cause shown, the Plaintiff's Amended Motion should be granted.

IT IS THEREFORE ORDERED that the Plaintiff's Amended Motion to Dismiss Certain Parties Without Prejudice is hereby granted.

DATED this 26th day of March, 2012.

            BY THE COURT:

            s/ Warren K. Urbom

            United States Senior District Judge