IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OGLALA SIOUX TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CV3027 |
| | ) | |
| v. | ) | |
| | ) | |
| JASON SCHWARTING, Licensee of Arrowhead Inn, Inc., JASON SCHWARTING, SANFORD HOLDINGS, LLC, Licensee of D & S Pioneer Service, SANFORD HOLDINGS, LLC, STUART J. KOZAL, Licensee of Jumping Eagle Inn, STUART J. KOZAL, CLAY M. BREHMER, CLAY M. BREHMER, Partner, Licensee of State Line Liquor, DANIEL J. BREHMER, DANIEL J. BREHMER, Partner, Licensee of State Line Liquor, PIVO, INC., DIETRICH DISTRIBUTING CO., INC., ARROWHEAD DISTRIBUTING, INC., COORS DISTRIBUTING OF WEST NEBRASKA, INC., ANHEUSER BUSCH INBEV WORLDWIDE, INC., MILLERCOORS, LLC, and PABST BREWING COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER OF RECUSAL |
| Defendants. | ) ) | |

In accordance with 28 U.S.C. § 455(b)(5)(ii) I, Warren K. Urbom, hereby recuse myself in the above-titled case, because Colin A. Mues, a person within the third degree of relationship with me, is acting as a lawyer in the proceeding by representing Stuart J. Kozal, Licensee of Jumping

Eagle Inn and Stuart J. Kozal, d/b/a Jumping Eagle Inn, defendants. Chief Judge Laurie Smith Camp is requested to assign this case to an appropriate judge.

Dated May 1, 2012.

BY THE COURT

*Warren K. Urbom*

Warren K. Urbom
United States Senior District Judge