IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OGLALA SIOUX TRIBE,<br><br>            Plaintiff,<br><br>vs.<br><br>JASON SCHWARTING, et al.,<br><br>           Defendants. | 4:12-CV-3027<br><br>ORDER |

      This matter is before the Court on the Joint Motion and Stipulation Adding and Dismissing Party (filing 127) filed by the plaintiff and Anheuser-Busch LLC. The motion is granted pursuant to the terms of the stipulation.

      IT IS ORDERED:

      1.    Anheuser-Busch LLC is added as a defendant.

      2.    Anheuser Busch InBev Worldwide, Inc., is dismissed without prejudice.

      3.    The date for filing an answer or motion to dismiss by the defendants shall apply to Anheuser-Busch LLC.

      4.    The caption will be amended to substitute Anheuser-Busch LLC for Anheuser Busch InBev Worldwide, Inc., and to delete the entities SABMiller d/b/a Miller Brewing Company and Molson Coors Brewing Company.

      Dated this 10th day of May, 2012.

                                                    BY THE COURT:

                                                    John M. Gerrard
                                                    United States District Judge